UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARESH PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-03465-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Re: Dkt. No. 33 |

On February 16, 2024, plaintiff Haresh Patel filed a notice informing the Court that he had reached a settlement with all defendants in this matter. Dkt. No. 21. All previously scheduled deadlines and appearances in the case are vacated.

On or before **April 2, 2024**, the parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Rule 41(a)(1)(A) permits the plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because the defendant has answered the complaint, the parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **April 9, 2024** at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 2, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and

file the dismissals.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

**IT IS SO ORDERED.**

Dated: February 20, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge